GARY CHACON
PO Box 292213
Phelan, CA 92329-2213
(760)515-9242
sheepshowmedia@gmail.com

GARY CHACON, IN PRO PER

**LODGED**
CLERK, U.S. DISTRICT COURT

**02/20/2024**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ AP _____ DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CHACON,<br><br>                    Plaintiff,<br><br>          v.<br><br>CALVARY CHAPEL OF THE HIGH DESERT, a California Nonprofit Corporation; COUNTY OF SAN BERNARDINO; SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT; JARROD E. BURNS and JONATHAN CAMPOS, Individually, and in their capacity as Deputy Sheriffs for the County of San Bernardino County California,<br><br>                    Defendants, | Case No.: 5:24-cv-140-HDV-SHK<br><br>**(PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION TO REMAND**<br><br>*[Motion to Remand filed concurrently herewith]*<br><br>Hearing: CLOSED<br>Time: CLOSED<br>Courtroom: 3 or 4<br>Judge: Magistrate Judge Shashi H. Kewalramani |

Having considered Plaintiff's Motion and finding good cause therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion To Remand is GRANTED.

Dated: _____        Signed: _____

                                          Hon.: _____

- 1 -