GARY CHACON
PO Box 292213
Phelan, CA  92329-2213
(760)515-9242
sheepshowmedia@gmail.com

GARY CHACON, IN PRO PER

LODGED
CLERK, U.S. DISTRICT COURT

FEB 2 2 2024

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CHACON, | Case No.: 5:24-cv-140-HDV-SHK |
| Plaintiff, | **(PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION TO REMAND** |
| v. | *[Motion to Remand filed concurrently herewith]* |
| CALVARY CHAPEL OF THE HIGH DESERT, a California Nonprofit Corporation; COUNTY OF SAN BERNARDINO; SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT; JARROD E. BURNS and JONATHAN CAMPOS, Individually, and in their capacity as Deputy Sheriffs for the County of San Bernardino County California, | Hearing: CLOSED Time: CLOSED Courtroom: 3 or 4 Judge: Magistrate Judge Shashi H. Kewalramani |
| Defendants, | |

Having considered Plaintiff's Motion and finding good cause therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion To Remand is GRANTED.

Dated: _____        Signed: _____

Hon.: _____

- 1 -

(PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION TO REMAND (5:24-cv-140)

PRIORITY MAIL EXPRESS
FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

how2recycle.info
PAPER POUCH

‹304H109244-92

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL EXPRESS®

EI 651 637 124 US

RECEIVED
U.S. DISTRICT COURT
FEB 22 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)  PHONE ( )

Irma Chacon
PO Box 292213
Phelan, CA 92329-2213

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)  PHONE ( )

United States District Court
Central District of California
Western Division
255 East Temple Street Suite TS-134
Los Angeles CA 90012

ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

PEEL FROM THIS CORNER

how2recycle.info
PAPER POUCH

EP13F October 2023
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

To schedule free Package Pickup, scan the QR code.

PS10001000006

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No.

Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| PO ZIP Code | ☐ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|---|

| Date Accepted (MM/DD/YY) | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| | | $ |

| Time Accepted  ☐ AM ☐ PM | Scheduled Delivery Time ☐ 6:00 PM | Insurance Fee | COD Fee |
|---|---|---|---|
| | | $ | $ |

| Special Handling/Fragile | Sunday/Holiday Premium Fee | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|
| $ | $ | $ | $ |

| Weight  ___ lbs. ___ ozs. | ☐ Flat Rate | Acceptance Employee Initials | Total Postage & Fees $ |
|---|---|---|---|

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| 2/21/24 | 6:00 ☐ AM ☒ PM | |

| Delivery Attempt (MM/DD/YY) | Time  ☐ AM ☐ PM | Employee Signature |
|---|---|---|

LABEL 11-B, MAY 2021    PSN 7690-02-000-9996

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL EXPRESS®
FLAT RATE
ENVELOPE
ANY WEIGHT

# PRIORITY
## MAIL
# EXPRESS®

**UNITED STATES POSTAL SERVICE®**

FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

Schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

ORDER FREE SUPPLIES ONLINE
VISIT US AT USPS.COM®

EP13F October 2023
OD: 12 1/2 x 9 1/2



S10001000006

**GUARANTEED* ■ TRACKED ■ INSURED**

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.