UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:24-cv-00140-MRA-SHK | Date: | April 25, 2024 |
| Title: | *Gary Chacon v. San Bernardino County, et al.* | | |

Present: The Honorable   Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   Order re Plaintiff's Motion to Remand [ECF No. 16]**

      Before the Court is Plaintiff Gary Chacon's ("Plaintiff") Motion to Remand Case to Superior Court in and for the County of San Bernardino ("Motion"). Electronic Case Filing Number ("ECF No.") 16, Mot. In the Motion, Plaintiff argues that removal by Defendants Calvary Chapel of the High Desert ("Calvary Chapel"), County of San Bernardino ("County"), the San Bernardino County Sheriff's Department ("SBCSD") (SBCSD together with County, "County Defendants"), and Does 1-10 (together with Calvary Chapel and County Defendants, "Defendants") was untimely. Id. at 6.

      By way of background, on October 31, 2022, Plaintiff filed a complaint ("Complaint") in the Superior Court of the State of California for the County of San Bernardino ("San Bernardino County Superior Court") against Defendants. ECF No. 1, Defs.' Not. of Removal ("Notice of Removal"), Exh. A. A First Amended Complaint ("FAC") was then filed. Plaintiff maintains that he properly served Defendants with the "summons, complaint, and amended complaint naming DOES," on October 25, 2023. ECF No. 16, Mot. at 3.

      County Defendants claim that on November 16, 2023, County Defendants filed a Motion to Quash Service of the Summons and Complaint ("Motion to Quash"). Id.; see also ECF No. 1, Not. of Removal at 2. This claim appears to be contradicted by the Superior Court of San Bernardino's electronic docket for Case No. CIVSB 2229032, which appears to show that the Motion to Quash was filed on December 13, 2024. See https://cap.sb-court.org/case/ODQwNzc2OA== (last viewed on April 25, 2024). On December 13, 2023, the San Bernardino County Superior Court held a hearing where the court encouraged the parties to

meet and confer regarding service prior to the resolution of the Motion to Quash.  ECF No. 16, Mot. at 3; see also ECF No. 24, County Defs.' Opp'n to Mot. ("County Opposition") at 4.  Following the hearing, "on December 18, 2023, County Defendants met and conferred with Plaintiff regarding the improper service and proposed an economical solution to effectuate proper service.  On December 22, 2023, Plaintiff served County Defendants with a corrected Summons and the FAC."  ECF No. 24, County Opp'n at 4.

On January 22, 2024, County Defendants filed the Notice of Removal with this Court.  ECF No. 1, Not. of Removal.  Calvary Chapel consented to removal.  See id. at Exh. F.  On February 20, 2024, Plaintiff filed his Motion.  ECF No. 16, Mot.  On March 1, 2024, Calvary Chapel filed its Opposition to the Motion ("Calvary Chapel Opposition").  ECF No. 22, Calvary Chapel Opp'n.  On March 14, 2024, County Defendants filed its Opposition.  ECF No. 24, County Opp'n.  As of the date of this Order, Plaintiff has not filed a reply in support of the Motion.

After reviewing the parties' briefing, the Court concludes that further briefing is required to determine whether removal was timely.  The parties are to: (1) brief whether the federal or state court determines the propriety of service of an operative complaint, which in this case appears to be the FAC, when the propriety of service is contested on a motion for remand; and (2) if the federal court determines whether service was proper, provide case law examining the propriety of service on a motion to remand in similar circumstances to the case at bar—i.e. where improper service was previously raised in the state court.

Therefore, parties are hereby ORDERED to provide supplemental briefing on the issues described above.  Plaintiff's opening brief is due on **May 9, 2024**.  Defendants' response is due two weeks from the date of Plaintiff's opening brief, **May 23, 2024**.  Defendants' reply will be due **June 6, 2024**.[1]

**IT IS SO ORDERED.**

---

[1] If the parties anticipate any delay in preparing their briefings, the parties should seek from the Court an extension of time to submit their brief.