Anita Susan Brenner, Esq. (SBN 58741)
**LAW OFFICES OF TORRES & BRENNER**
301 East Colorado Boulevard, Suite 614
Pasadena, California 91101
Telephone:   (626) 792-3175
Facsimile:   (626) 792-2921
E-mail:       info@torresbrenner.com

Attorneys for Defendant Calvary Chapel of the High Desert, also sued herein as Calvary Chapel of the High Desert, a California Nonprofit Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CHACON, <br><br> Plaintiff, <br><br> vs. <br><br> CALVARY CHAPEL OF THE HIGH DESERT, a California Nonprofit Corporation; COUNTY OF SAN BERNARDINO; SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT; JARROD E. BURNS and JONATHAN CAMPOS, Individually, and in their capacity as Deputy Sheriffs for the County of San Bernardino County California,, <br><br> Defendants. | Case No.: 5:24-cv-00140-HDV-SHK <br><br> [San Bernardino Superior Court Case No.: CIVSB2229032] <br><br> **DEFENDANT CALVARY CHAPEL OF THE HIGH DESERT'S REQUEST FOR EXTENSION OF TIME TO FILE DEFENDANT'S RESPONSE TO PLAINTIFF'S OPENING BRIEF [ECF 25]** |

DEFENDANT CALVARY CHAPEL OF THE HIGH DESERT'S REQUEST FOR EXT. OF TIME TO FILE DEF'S RESPONSE TO PLTF'S OPENING BRIEF        [5:24-cv-00140-HDV-SHK]

TORRES & BRENNER
301 East Colorado Boulevard, Suite 614
Pasadena, California 91101
(626) 792-3175

**TO THE HONORABLE SHASHI H. KEWALRAMANI, UNITED STATES MAGISTRATE JUDGE, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Anita Susan Brenner, Esq., counsel for Defendant Calvary Chapel of the High Desert ("Defendant"), respectfully requests that the Court extends time by one week for Defendant to file its response to Plaintiff's opening brief as stated in the Court's order of April 25, 2024. ECF 25.

A proposed order is concurrently filed.

(a)      Response date:     May 23, 2024

(b)      Proposed date:     June 6, 2024

(c)     Reasons for request: Counsel for Defendant Calvary Chapel of the High Desert requests an extension of time to file its response to Plaintiff's opening brief by one week from May 23, 2024 to June 6, 2024 because defense counsel started trial on April 29, 2024. The case is a quiet title action and was originally estimated to last three weeks. The trial estimate may be shortened due to rulings in the phase one court trial, to be followed by a phase two jury trial.

(d)    This is the first such request for an extension of time for Defendant to file its response to Plaintiff's opening brief. There are no prior requests.

Respectfully submitted,

Dated: April 30, 2024         LAW OFFICES OF TORRES & BRENNER

By:    /s/ *Anita Susan Brenner*
       Anita Susan Brenner, Esq.
       Attorneys for Defendant Calvary
       Chapel of the High Desert

DEFENDANT CALVARY CHAPEL OF THE HIGH DESERT'S REQUEST FOR EXT. OF TIME TO FILE DEF'S RESPONSE TO PLTF'S OPENING BRIEF      [5:24-cv-00140-HDV-SHK]

TORRES & BRENNER
301 East Colorado Boulevard, Suite 614
Pasadena, California 91101
(626) 792-3175

## CERTIFICATION OF SERVICE

I am employed in the Defendant, State of California.  I am over the age of 18 and not a party to the within action; my business address is 301 East Colorado Boulevard, Suite 614, Pasadena, California 91101.

I hereby certify that on **April 30, 2024**, I electronically filed the following document(s) with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT CALVARY CHAPEL OF THE HIGH DESERT'S REQUEST FOR EXTENSION OF TIME TO FILE DEFENDANT'S RESPONSE TO PLAINTIFF'S OPENING BRIEF [ECF 25]**

**[PROPOSED] ORDER RE: DEFENDANT CALVARY CHAPEL OF THE HIGH DESERT'S REQUEST FOR EXTENSION OF TIME TO FILE DEFENDANT'S RESPONSE TO PLAINTIFF'S OPENING BRIEF**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that pursuant to agreement with Mr. Chacon on February 21, 2024, I have e-mailed the foregoing document(s) by using info@torresbrenner.com to sheepshowmedia@gmail.com.

I declare under penalty of perjury that the foregoing is true and correct, and that this certificate was executed in Pasadena, California on **April 30, 2024**.

*/s/ Idalia G. Guzman*
Idalia G. Guzman

TORRES & BRENNER
301 East Colorado Boulevard, Suite 614
Pasadena, California 91101
(626) 792-3175

DEFENDANT CALVARY CHAPEL OF THE HIGH DESERT'S REQUEST FOR EXT. OF TIME TO FILE DEF'S RESPONSE TO PLTF'S OPENING BRIEF          [5:24-cv-00140-HDV-SHK]