**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY CHACON, | Case No.: 5:24-cv-00140-HDV-SHK |
| Plaintiff, | |
| vs. | [San Bernardino Superior Court Case No.: CIVSB2229032] |
| CALVARY CHAPEL OF THE HIGH DESERT, a California Nonprofit Corporation; COUNTY OF SAN BERNARDINO; SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT; JARROD E. BURNS and JONATHAN CAMPOS, Individually, and in their capacity as Deputy Sheriffs for the County of San Bernardino County California,, | **[PROPOSED] ORDER RE: DEFENDANT CALVARY CHAPEL OF THE HIGH DESERT'S REQUEST FOR EXTENSION OF TIME TO FILE DEFENDANT'S RESPONSE TO PLAINTIFF'S OPENING BRIEF** |
| Defendants. | |

This Court having reviewed the foregoing request, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that Defendant Calvary Chapel of the High Desert's request for an extension of time to file its Response to Plaintiff's Opening Brief is granted.

Defendant Calvary Chapel of the High Desert's Response to Plaintiff's

Opening Brief is extended from May 23, 2024 to June 6, 2024.

**IT IS SO ORDERED.**

DATED: _____, 2024

_____
Shashi H. Kewalramani,
U.S. Magistrate Judge