UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CHACON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SAN BERNARDINO COUNTY, et al.,<br><br>　　　　　　Defendants. | Case No. 5:24-cv-00140-MRA-SHK<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Notice of Removal, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Remand is DENIED, and Plaintiff is afforded 30 days from the date of this Order to file an amended complaint, if he so wishes, consistent with the aforementioned Report and Recommendation.

Dated: September 24, 2024

　　　　　　　　　　　　　　　　　　　　　
HON. MÓNICA RAMIREZ ALMADANI
United States District Judge