UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**AMENDED CIVIL MINUTES – GENERAL**

Case No.   EDCV 24-140-MRA (AYP)                          Date:  June 2, 2026

Title   Gary Chacon v. San Bernardino County, et al.

Present:  The Honorable:   Anna Y. Park, United States Magistrate Judge

| M. Pogosyan | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant |
|---|---|
| None | None |

**Proceedings:  (In Chambers) MINUTE ORDER RE CASE MANAGEMENT CONFERENCE AND ORDER ON STIPULATION TO CONTINUE DISCOVERY CUT-OFF AND PRETRIAL DEADLINES (DKT. NO. 58)**

On May 28, 2026, Counsel and Plaintiff, appearing Pro Se, appeared before this Court for Case Management Conference. The Court and the parties confer as stated on the record.

On April 28, 2026, the Parties submitted a Stipulation to Continue Discovery Cutoff and Pretrial Deadlines. (Dkt. No. 58.) Under the operative Case Management and Scheduling Order, the discovery cutoff was April 27, 2026.

Under Local Rule 7-1, Federal Rules of Civil Procedure 6, and this Court's Standing Rules and Procedures, good cause must be shown for any requests for extensions and must also be submitted five (5) days before the deadline. Good cause requires a showing of diligence from the outset of the case describing: (1) all relevant work previously done; (2) all relevant work that remains to be done; (3) why the remaining work could not previously have been done; and (4) why the amount of time requested is need to complete the remaining work.

The Stipulation submitted by the parties is : (1) untimely and (2) fails to set show good cause as to why a continuance should be granted of the proposed dates.

---

CV-90 (03/15)                          Civil Minutes – General                          Page **1** of **2**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**AMENDED CIVIL MINUTES – GENERAL**

Case No.    EDCV 24-140-MRA (AYP)                                    Date:  June 2, 2026

Title      Gary Chacon v. San Bernardino County, et al.

Accordingly, the Court Orders the following:

(1) Parties are Ordered to submit within 20 days of this Order, a Stipulated Protective Order utilizing the Court's Model Protective Order. Parties are ordered to submit a word version of a clean and redlined version after filing a version for the Court's consideration;

(2) The parties are to submit a joint report within twenty (20) days of this Order addressing why good cause exists to justify a continuance; and

(3) Identify what discovery or information is needed prior to scheduling a settlement conference in this matter.

The parties are to inform the Court whether they will agree to have this Court conduct a settlement conference. Plaintiff has already given consent.

IT IS SO ORDERED.

|  | 0:0 |
|---|---|
| **Initials of Preparer** | mp |